IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00148 |
| | ) | Judge Trauger |
| DARWIN JERMELL BOHANNON | ) | |

**O R D E R**

The defendant's Motion to Extend Time For Filing Pretrial Motions (Docket No. 16) is **GRANTED IN PART**. It is hereby **ORDERED** that the trial scheduled for November 26, 2013 is **CONTINUED**, conditioned upon the timely filing of a waiver of speedy trial by the defendant, and, by separate order, is being reset for February 11, 2014. It is further **ORDERED** that any pretrial motions shall be filed by January 13, 2014.

It is so **ORDERED**.

ENTER this 5th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge