IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Plea hearing set for 2/27/14 at 10:30 a.m.==

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:13-cr-00148 |
| ) | Judge Trauger |
| DARWIN JERMELL BOHANNON ) | |

## MOTION TO SET PLEA DATE

COMES NOW defendant, Darwin Jermell Bohannon, by and through his counsel, and ask this Honorable Court to set a date for Mr. Bohannon to enter a guilty plea. The defendant and the United States Attorney's Office have reached a plea agreement.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com