IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00148 |
| | ) | Judge Trauger |
| DARWIN JERMELL BOHANNON | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for May 30, 2014 is **RESET** for Tuesday, May 27, 2014, at 3:30 p.m.

It is so **ORDERED**.

ENTER this 15th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge