UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

> Motion GRANTED. Hearing reset for 6/4/14 at 2:00 p.m.
>
> /s/ Judge Trauger

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. 3:13-cr-00148 |
| | ) | JUDGE TRAUGER |
| **DARWIN JERMELL BOHANNON** | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW counsel, James E. Mackler, and respectfully requests the Court continue the sentencing hearing currently set for May 27, 2014 until June 4, 2014 @ 2 P.M. The United States Attorney's Office, through Matthias David Onderak, has been contacted and does not object to this request.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com

1